**Appeal Dismissed and Memorandum Opinion filed August 28, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00029-CV

---

## ERIC BRANDON ROSENBERG, Appellant

### V.

## SUSAN EVELYN ENGELKING, Appellee

---

**On Appeal from the 201st District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-FM-11-000804**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 2, 2014. The clerk's record was filed February 5, 2015. The reporter's record was filed March 27, 2015.

On June 23, 2015, this court issued an order stating that unless appellant submitted a brief on or before July 8, 2015, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant did not file a brief. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Donovan.